# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SEAN JENKINS, individually and on behalf of all similarly situated individuals,

    Plaintiff,

v.

Case No. 3:18-cv-393-J-32JBT

SDI FLORIDA LLC and SDI RESTAURANT GROUP LLC,

    Defendants.

## O R D E R

This FLSA case is before the Court on the Joint Motion to Approve Settlement and Joint Stipulation of Dismissal With Prejudice. (Doc. 25). On October 2, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation, (Doc. 27), recommending that the motion be granted, the FLSA Settlement Agreements and Releases, (Docs. 25-1 & 25-2), be approved, and this action be dismissed with prejudice. On October 3, 2018, the parties filed a Joint Notice of No Objection to Magistrate's Report and Recommendation. (Doc. 28).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 27), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 27) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve Settlement and Joint Stipulation of Dismissal With Prejudice, (Doc. 25), is **GRANTED**.

3. The FLSA Settlement Agreements and Releases, (Docs. 25-1 & 25-2), are **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of October, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record